## PAN AMERICAN PETROLEUM CORPORATION

v.

## FEDERAL POWER COMMISSION.

No. 6794.

United States Court of Appeals
Tenth Circuit.
April 17, 1962.

William J. Grove and Carroll L. Gilliam, Washington, D. C., and Clifford O. Stone, Jr., J. P. Hammond and John J. Jones, Tulsa, Okl., for petitioner.

John C. Mason, General Counsel, and Howard E. Wahrenbrock, Solicitor, Federal Power Commission, Washington, D. C., for respondent.

Before LEWIS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

By agreement of counsel, cause remanded to the Federal Power Commission April 17, 1962, for further consideration in the light of case No. 6710, Sohio Petroleum Company v. Federal Power Commission, 10 Cir., 298 F.2d 465, decided December 19, 1961.

SHELL OIL COMPANY, Appellant,

v.

C. P. McKNIGHT and H. H. Green, Appellees.

No. 19052.

United States Court of Appeals
Fifth Circuit.
May 17, 1962.

R. H. Whilden, W. G. Winters, Jr., Houston, Tex., for appellant.

William M. Steger, Murph Wilson, Thomas Y. Banks, and Wilson, Miller, Spivey & Steger, Tyler, Tex., for appellees.

Before JONES, BROWN and GEWIN, Circuit Judges.

PER CURIAM.

We are in agreement with the decision reached by the district court, 204 F.Supp. 159, and with the reasons assigned by it for its decision. The judgment is

Affirmed.

## SINCLAIR OIL & GAS COMPANY

v.

## NORTHERN UTILITIES COMPANY.

No. 6871.

United States Court of Appeals
Tenth Circuit.
Jan. 29, 1962.

Angus A. Davidson, Tulsa, Okl., and Hickey, Raper, Rooney & Walton, Cheyenne, Wyo., for appellant.

Brown, Healy, Drew, Apostolos & Barton, Casper, Wyo., and Dallstream, Schiff, Hardin, Waite & Dorschel, Chicago, Ill., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed January 29, 1962, pursuant to agreement of counsel.